ORIGINAL

**MEMORANDUM ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

August 15, 2008

Honorable Louis L. Stanton
United States District Judge
Southern District of New York
500 Pearl Street, Room 2250
New York, New York 10007

8/18/08

Re: **United States v. Michael Chaparro**
    **89 Cr. 99 (LLS)**

Dear Judge Stanton:

I am in receipt of your letter dated May 30, 2008 inquiring whether our office is willing to represent Mr. Michael Chaparro in regard to his application for a reduction of sentence pursuant to the amended crack cocaine sentencing guidelines. I have written Mr. Chapparro a letter indicating our willingness to represent him. I ask the Court to assign our office to represent Mr. Chaparro. If Mr. Chaparro does not want us to represent him I will advise the Court immediately.

I have conferred with Assistant United States Attorney Deborah Landis who has been assigned to represent the Government in this case. I propose that the defense file any appropriate papers by September 22, 2008 and the Government response, if any, be filed no later than October 6, 2008.

*So Ordered.*
*Louis L. Stanton*
*8/18/08*

I hope this suggested course of action is agreeable to the Court.

Respectfully submitted,

John J. Byrnes
Attorney-in-Charge
(212) 417-8735

JJB:ef

cc:  Deborah E. Landis, Esq.
     Assistant United States Attorney

     Michael Chaparro