ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-1-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
UNITED STATES OF AMERICA,           :

                Plaintiff,   :

   -against-                       :   89 Cr. 99 (LLS)

MIGUEL CHAPARRO,                    :   **ORDER**

                Defendant.   :
------------------------------------X

    On March 14, 2008 Mr Chaparro, pro se, moved to reduce his prison sentence under the recent amendments to the crack sentencing guidelines. He later twice amended his motion.

    At its suggestion, the Federal Defenders on August 18, 2008 were assigned to represent Mr. Chaparro in connection with his motion, and proposed to file appropriate papers by September 22, 2008, later extended to October 22, 2008.

    With nothing done by then, on April 20, 2009 the Defender's request for another month extension to file an appropriate application was granted, with the warning that there would be no further extensions without compelling justification. To date, no application has been filed.

    Under the circumstances, Mr. Chaparro's motion and its two amendments (Docket Nos. 177-79) are dismissed without prejudice, and with leave to the Federal Defenders to renew Mr. Chaparro's application at any time.

    So ordered.

DATED: New York, New York
       June 1, 2009

                                               *Louis L. Stanton*
                                            LOUIS L. STANTON
                                                U. S. D. J.