UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>- against -<br><br>MIGUEL CHAPARRO,<br><br>Defendant. | 89 Cr. 99 (LLS)<br><br>**NOTICE OF MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)(2)** |

PLEASE TAKE NOTICE that, upon the Declaration of Harry H. Rimm, dated May 31, 2012 and the exhibits thereto; the accompanying Memorandum of Law, dated May 31, 2012; and all prior pleadings and proceedings herein, defendant Miguel Chaparro moves this Court, before the Honorable Louis L. Stanton, at the United States Courthouse, 500 Pearl Street, Courtroom 21C, New York, New York 10007, as soon as counsel may be heard, for an Order reducing Mr. Chaparro's sentence in accordance with 18 U.S.C. § 3582(c)(2) and providing such further relief as the Court may deem just and proper.

Dated: New York, New York
       May 31, 2012

**REED SMITH LLP**

By: _/s/ Harry H. Rimm_
    Harry H. Rimm
    Aditya G. Nagarajan

599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 549-5450

*Attorneys for Miguel Chaparro*